# EXHIBIT A

**RESOLUTE, APC**
JESSICA S. PLINER (SBN 261976)
Email: Jessica@Resoluteapc.com
ELENO NUNEZ GONZALEZ (SBN 332555)
Email: Eleno@Resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: 415.843.5487

Attorneys for Defendants
WRI GREENHOUSE, L.P., KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC, and KRC PROPERTY MANAGEMENT I, INC.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

RAGINI KAPADIA,

Plaintiff,

v.

WRI GREENHOUSE, L.P., KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC, KIMCO REALTY CORPORATION dba KRC MANAGEMENT CORP., KRC PROPERTY MANAGEMENT I, INC.; and DOES 1 to 100, inclusive,

Defendants.

Case No. 26CV181069

*Assigned for all purposes to:*
*Hon. Rebekah Evenson, Dept. 24*

**DEFENDANT KIMCO REALTY CORPORATION'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

Complaint Filed: April 7, 2026
Trial Date: Not Set

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on June 5, 2026, Defendant KIMCO REALTY CORPORATION by and through its counsel, filed the attached Notice pursuant to 28 U.S.C. §§ 1332(a), 1441(b) (subject matter jurisdiction), and Fed. R. Civ. P. 81(c) with the Clerk of the Court for the United States District Court, Northern District, and the supporting pleadings to accomplish the removal of this action pending in the Superior Court of the State of California, in and for the County of Alameda, entitled *Ragini Kapadia v. WRI Greenhouse, L.P., et al.*, Case No. 26CV181069.

This action now will be placed on the docket of the aforementioned District Court for all further proceedings.

DATED: June 5, 2026

**RESOLUTE, APC**

By: ______________________

JESSICA S. PLINER
ELENO NUNEZ GONZALEZ
Attorneys for Defendants
WRI GREENHOUSE, L.P., KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC, and KRC PROPERTY MANAGEMENT I, INC.

**CALIFORNIA STATE COURT PROOF OF SERVICE**
*Ragini Kapadia v. WRI Greenhouse, L.P., et al.*
Alameda County Superior Court, Case No. 26CV181069

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Embarcadero Center, Suite 1200, San Francisco, CA 94111.

On June 5, 2026, I served the following document(s):

**DEFENDANT KIMCO REALTY CORPORATION'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Sung "Sean" Kim
Aaron G. Capps
BANA LAW, PC
1875 Century Park East, Suite 1500
Los Angeles, CA 90067

Tel. (310) 273-7300

Attorneys for Plaintiff
RAGINI KAPADIA

Email: shk@banalaw.com
Email: aaron@banalaw.com
Email: eserviceshk@banalaw.com
Elizabeth Sutlian-Mardikian
esutlianmardikian@mvpflaw.com

The documents were served by the following means:

☒ (BY ELECTRONIC TRANSMISSION ONLY) Only by e-mailing the document(s) to the persons at the e-mail address(es) listed above based on confirmation from counsel pursuant to CCP 1010.6I. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2026, at Napa, California.

Jessica Pliner