**RESOLUTE, APC**
JESSICA S. PLINER (SBN 261976)
Email: Jessica@Resoluteapc.com
ELENO NUNEZ GONZALEZ (SBN 332555)
Email: Eleno@Resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: 415.843.5487

Attorneys for Defendants
WRI GREENHOUSE, L.P., KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC, and KRC PROPERTY MANAGEMENT I, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RAGINI KAPADIA,<br><br>Plaintiff,<br><br>v.<br><br>WRI GREENHOUSE, L.P., KIMCO REALTY CORPORATION, KIMCO REALTY OP, LLC, KIMCO REALTY CORPORATION dba KRC MANAGEMENT CORP., KRC PROPERTY MANAGEMENT I, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 26-CV-05475-MMC<br>Judge: Hon. Maxine M. Chesney<br><br>**STIPULATION TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT AND WITHDRAW PLAINTIFF'S MOTION TO REMAND; ~~[PROPOSED]~~ ORDER**<br><br>Complaint Filed: April 7, 2026<br>Trial Date: Not Set |

**STIPULATION**

Plaintiff Ragini Kapadia ("Plaintiff") and Defendants WRI Greenhouse, L.P.; Kimco Realty Corporation; Kimco Realty OP, LLC; Kimco Realty Corporation dba KRC Management Corp.; and KRC Property Management I, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff commenced this action in the Superior Court of the State of California for the County of Alameda, Case No. 26CV181069, on April 7, 2026.

2. On June 5, 2026, Defendant Kimco Realty Corporation removed the action

to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

3. On July 2, 2026, Plaintiff filed Plaintiff's Motion to Remand Action to the Superior Court of the State of California for the County of Alameda or, in the Alternative, to Allow Leave to Conduct Jurisdictional Discovery (Dkt. No. 12), currently noticed for hearing on August 14, 2026, at 9:00 a.m.

4. The Parties (which refers to Plaintiff and Defendants) have met and conferred and agree that this action should be remanded to the Superior Court of the State of California for the County of Alameda.

5. The Parties, therefore, stipulate and respectfully request that the Court enter the proposed order below remanding this action to the Superior Court of the State of California for the County of Alameda.

6. Upon entry of the Court's order remanding this action, Plaintiff withdraws Dkt. No. 12, Plaintiff's Motion to Remand Action to the Superior Court of the State of California for the County of Alameda or, in the Alternative, to Allow Leave to Conduct Jurisdictional Discovery, and the Parties request that the Court vacate the hearing on that motion.

7. Each Party shall bear its own attorneys' fees and costs incurred in connection with removal, remand, and the remand motion.

IT IS SO STIPULATED.

DATED: __July 12, 2026

**BANA LAW, PC**

By: _/s/ Sung "Sean" Kim_
Sung "Sean" Kim
Aaron G. Capps
Attorneys for Plaintiff
RAGINI KAPADIA

DATED: July 13, 2026

**RESOLUTE, APC**

By: _/s/ Jessica S. Pliner_
Jessica S. Pliner
Eleno Nunez Gonzalez
Attorneys for Defendants
WRI GREENHOUSE, L.P.; KIMCO REALTY CORPORATION; KIMCO REALTY OP, LLC; and KRC PROPERTY MANAGEMENT I, INC.

## ATTESTATION REGARDING SIGNATURE

Pursuant to Civil Local Rule 5-1(h)(3), I, Jessica S. Pliner, attest that concurrence in the filing of this document has been obtained from the other signatory whose signature is indicated by a conformed signature above.

DATED: July 13, 2026

By: /s/ Jessica S. Pliner

Attorneys for Defendants
WRI GREENHOUSE, L.P.; KIMCO REALTY CORPORATION; KIMCO REALTY OP, LLC; and KRC PROPERTY MANAGEMENT I, INC.

# ~~[PROPOSED]~~ ORDER

Having considered the Parties' Stipulation to Remand Action to Alameda County Superior Court and Withdraw Plaintiff's Motion to Remand, and good cause appearing, the Court hereby ORDERS as follows:

1. Based on the stipulation of the Parties, which includes Plaintiff and Defendants WRI Greenhouse, L.P.; Kimco Realty Corporation; Kimco Realty OP, LLC; Kimco Realty Corporation dba KRC Management Corp.; and KRC Property Management I, Inc., this action is REMANDED to the Superior Court of the State of California for the County of Alameda, Case No. 26CV181069.

2. The Clerk of the Court is directed to transmit a certified copy of this Order to the Clerk of the Alameda County Superior Court.

3. Upon entry of this Order to remand the action to the Superior Court of the State of California for the County of Alameda, Plaintiff's Motion to Remand Action to the Superior Court of the State of California for the County of Alameda or, in the Alternative, to Allow Leave to Conduct Jurisdictional Discovery, Dkt. No. 12, is deemed withdrawn, and the hearing is vacated.

**IT IS SO ORDERED.**

DATED: July 13, 2026

[signature] Maxine M. Chesney

Hon. Maxine M. Chesney
United States District Judge