UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

July 14, 2026

Office of the Clerk
Alameda County Superior Court
Attention: Civil Clerk
1225 Fallon Street
Oakland CA 94612

RE: Ragini Kapadia v. Wri Greenhouse LP, et al.
26-cv-05475-MMC

Your Case Number: 26CV181069

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copies of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by: Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873